

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2014

No. 04-14-00498-CR

Benjamin **ELIAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 427052
Honorable Scott Roberts, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Notice of Appeal is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court